```
Randall H Davis, SBN 178404
Dun & Martinek LLP
2313 I Street (zip-95501)
P.O. Box 1266
Eureka, CA  95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251

Attorney for Defendant,
ROLAND LEROY RAYMOND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal No.:  3:12-70901 NJV |
|                                                             ) | |
|           Plaintiff,                                  ) | **STIPULATION AND ORDER** |
|                                                             ) | |
| vs.                                                    ) | |
|                                                             ) | |
| ROLAND LEROY RAYMOND,    ) | |
|                                                             ) | |
|           Defendant.                              ) | |

   Assistant United States Attorney, David R. Callaway, and Randall Davis, counsel for Defendant Roland Raymond agree and stipulate to item 1 below:

   Roland Raymond may leave the Northern District, on a one day/non-overnight pass, to travel to Cottonwood, CA, so that he may retrieve personal items that were removed from the vehicle his adult daughter had been driving at the time that it was repossessed in September of this year.
   The personal items to be retrieved include items that are valuable to the adult daughter, including two elk horn hair picks and a variety of other personal property.  The business that is holding the items is Western International, 3849 Main Street, Cottonwood, CA., 530-348-2131.

1   This business has informed Mr. Roland's family that only he may personally collect said items,
2   in person, as the repossessed car was registered to Mr. Raymond. The business indicated that if Mr.
3   Roland did not retrieve the items, the business would sell or otherwise dispose of them.

5   Accordingly, above-referenced counsel agree and stipulate that:

7   1.   Roland Raymond may leave the Northern District, on a one day/non-overnight pass, to
8   travel to Cottonwood, CA, so that he may retrieve personal items that were removed from the vehicle
9   his adult daughter had been driving at the time that it was repossessed in September of this year. Mr.
10  Raymond must check in with K.J. Gibson (PTS) by phone immediately before and after completion of
11  the travel.

So Stipulated.

DUN & MARTINEK LLP

/ s /
_____
RANDALL H DAVIS
Attorney for Roland Raymond


MELINDA HAAG
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Assistant United States Attorney


**IT IS SO ORDERED.**

**DATE: November 30, 2012**

_____
THE HON. NANDOR J. VADAS
United States Magistrate Judge

Stipulation and Order - 2