1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5596
7     Facsimile: (408) 535-5066
      E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA, ) No. CR 13-024 WHA
   |                          )
14 |        Plaintiff,         ) [PROPOSED]
   |                          ) ORDER EXCLUDING TIME
15 |     v.                    )
   |                          ) Date:  April 23, 2013
16 | ROLAND LEROY RAYMOND,     ) Time:  4:00 p.m.
   |                          )
17 |        Defendant.         ) Before The Hon. William H. Alsup
   |                          ) United States District Judge
18

19     The parties appeared at the above date and time for what was expected to be a change of plea.

20 Instead, the parties requested to continue the hearing based on indications that Mr. Raymond had

21 recently been under the influence of narcotics. The matter was put over to **Tuesday, May 21, 2013,**

22 **at 2:00 p.m.**, for a change of plea. The parties agreed, and this Court hereby finds, that the time

23 between April 23, 2013 and May 21, 2013 – a total of 28 days – is properly excluded from the

24 Speedy Trial Clock based on the following grounds: (1) 18 U.S.C. § 3161(h)(7)(A) (ends of justice

25 served outweigh the best interest of the public and the defendant in a speedy trial), and (2) 18 U.S.C.

26 § 3161(h)(7)(B)(iv) (failure to grant continuance would deny the defendant reasonable time

27 necessary for effective preparation).

28

Order Excluding Time
CR 13-024 WHA

-2-

1   Based upon the representations and stipulation of the parties in open court, and good cause
2   appearing therefor,
3   **IT IS HEREBY ORDERED** that the foregoing period is excluded from the computation
4   of the period within which the trial of this matter must commence.  The Court finds that the ends of
5   justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds
6   set forth above and finds that the time is appropriately excluded pursuant to 18 U.S.C. §
7   3161(h)(7)(A) and (B)(iv).

DATED: May 2, 2013.

_____
WILLIAM H. ALSUP
United States District Judge

Order Excluding Time
CR 13-024 WHA