Randall H Davis, SBN 178404
Dun & Martinek LLP
2313 I Street (zip-95501)
P.O. Box 1266
Eureka, CA  95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251

Attorney for Defendant,
ROLAND LEROY RAYMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROLAND LEROY RAYMOND,<br><br>　　　　　Defendant. | Case No. CR 13-024 WHA (NJV)<br><br>**REQUEST TO KEEP EVIDENTIARY HEARING CONFIDENTIAL**<br><br>Date:   December 23, 2013<br>Time:   10:00 a.m.<br>Judge:  Hon. William Alsup |

　　　　Roland Raymond, through his attorney Randall H Davis, hereby requests this Court order the entire contents including testimony, written evidence, argument and other information exchanged at the evidentiary hearing set for December 23, 2013, be deemed confidential, sealed and prohibited from dissemination.  To that end, Defendant requests those in the courtroom be instructed of the confidential nature of the proceeding and that all in attendance are prohibited from disseminating information obtained at the hearing.  In the alternative, Defendant requests the Court close the courtroom to all but essential persons.

　　　　　This request is made on the grounds that testimony anticipated from Mr. Raymond and possibly the Government's witnesses will be of a nature that could jeopardize the safety of Mr.

Raymond at his current detention facility. Counsel for Defendant met with Mr. Raymond on December 18, 2013, to prepare for the above-referenced hearing and believes the anticipated testimony from Mr. Raymond is of a nature that could impact the Defendant's safety while incarcerated at the present facility.

On December 19, 2013, Casey O'Neill advised via e-mail that the government does not consent to the closing of the courtroom, but has no objection to the Court instructing attendees regarding confidentiality or to any other such measures the Court deems appropriate.

Dated: December 19, 2013          DUN & MARTINEK LLP


/s/ RANDALL H DAVIS
RANDALL H DAVIS
Attorney for Roland Raymond