IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROLAND LEROY RAYMOND,

    Defendant.
                                   /

No. CR 13-00024 WHA

**ORDER RE DEFENDANT'S REQUEST TO SEAL EVIDENTIARY HEARING**

      On December 19, defendant Roland Leroy Raymond — through his attorney Randall Davis — filed a request to seal the evidentiary hearing currently set for December 23 (Dkt. No. 72). Defendant makes this request because he anticipates that his testimony may jeopardize his safety at his current detention facility. To that end, defendant also requests that the courtroom be closed to all but essential persons, and that the undersigned judge instruct those remaining in the courtroom of the confidential nature of the evidentiary hearing. According to defendant, the government does *not* consent to the closing of the courtroom but has no objection to instructing persons in the courtroom of the evidentiary hearing's confidential nature.

      Defendant's requests will be considered at the outset of the December 23 evidentiary hearing. If the request is denied, we will proceed with the evidentiary hearing as scheduled.

      **IT IS SO ORDERED.**

Dated: December 20, 2013.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE