IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROLAND LEROY RAYMOND,

    Defendant.

No. CR 13-00024 WHA

**ORDER GRANTING IN PART MOTION TO SEAL COURT REPORTER'S TRANSCRIPT**

Defendant's attorney Randall Davis requests that the court reporter's transcript for the December 23 evidentiary hearing be filed under seal. This request is based on the same arguments made by Attorney Davis at the outset of the evidentiary hearing. Having heard the testimony from this hearing, the request to seal is **GRANTED IN PART**. Only the following portions of the court reporter's transcript will be filed under seal:

- All of defendant's testimony;
- Page 2, lines 24 through 25;
- Page 3, line 21 through page 5, line 15;
- Page 9, lines 11 through 17;
- Page 21, line 21 through page 22, line 2;
- Page 23, lines 5 through 10;
- Page 35, lines 10 through 17;
- Page 54, lines 2 through 11; and
- Page 61, lines 11 through 15.

**IT IS SO ORDERED.**

Dated: December 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE