IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROLAND LEROY RAYMOND,

    Defendant.

No. CR 13-00024 WHA

**ORDER DENYING DEFENDANT'S *EX PARTE* REQUEST TO SEAL CLOSING BRIEF**

Defendant has lodged an *ex parte* request to seal portions of his closing brief, as well as the exhibits attached thereto, for the reasons noted in the December 30 order. Attached to that request are redacted and unredacted copies of defendant's closing brief.

Under Criminal Local Rule 56-1, the order finds that the redactions made to the closing brief are too broad, covering the testimony of at least two witnesses from the December 23 evidentiary hearing as well as the entirety of the "Summary of Testimony" section. Accordingly, defendant's request to seal is **DENIED**. Defendant, however, may lodge another request to seal portions of his closing brief — redacting only what *he* has testified about or said in connection with the December 23 evidentiary hearing — by no later than **10 AM ON JANUARY 9**.

    **IT IS SO ORDERED.**

Dated: January 7, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE