IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROLAND LEROY RAYMOND,

    Defendant.

No. CR 13-00024 WHA

**ORDER GRANTING DEFENDANT'S SECOND *EX PARTE* REQUEST TO SEAL CLOSING BRIEF**

    Defendant has sent a second *ex parte* request to seal portions of his closing brief. This follows the order dated January 7, which denied defendant's initial request to seal because the redactions originally made to his closing brief were too broad. Having reviewed the most current redacted copy of the closing brief, the order finds that the redactions are now narrowly tailored and in compliance with Criminal Local Rule 56-1. Accordingly, defendant's second *ex parte* request is **GRANTED**. Defendant shall publicly file the most current redacted copy of his closing brief by **5 PM ON JANUARY 9**.

    **IT IS SO ORDERED.**

Dated: January 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE